■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCIA A. WEBER, Appellant. [939 NYS2d 897]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), dated March 19, 2010. The order directed defendant to pay restitution of $9,925.11.

It is hereby ordered that the order so appealed from is

unanimously modified on the law by vacating the amount of restitution ordered and as modified the order is affirmed, and the matter is remitted to Genesee County Court for a new hearing (*see People v Joseph*, 90 AD3d 1646, 1647 [2011]). Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.